United States District Court
Southern District of Texas
**ENTERED**
February 15, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:19-CR-600-10 |
| | § | |
| JASMINE MAYNES | § | |

## ORDER RESETTING SENTENCING

IT IS HEREBY ORDERED that this matter (previously set for February 15, 2024) is hereby reset for sentencing on May 21, 2024, at 2:00 p.m. before the Honorable Randy Crane, in Courtroom 11-C, Eleventh Floor, United States Courthouse, 515 Rusk Avenue, Houston, Texas.

The Clerk shall send a copy of this Order to all counsel of record.

SO ORDERED February 15, 2024, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge